B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**2100 Greenwood Lofts, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-4304812** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2100 Greenwood St., Unit 100**<br>**Evanston, IL**<br>ZIP Code **60201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **2100 Greenwood Lofts, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **2100 Greenwood Lofts, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**August 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Lonnie Porter**
Signature of Authorized Individual

**Lonnie Porter**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 29, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **2100 Greenwood Lofts, LLC**                                Case No.
Debtor(s)                                                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aileen Mondo and Frida Crispen<br>2100 Greenwood, Unit 209<br>Evanston, IL 60201 | Aileen Mondo and Frida Crispen<br>2100 Greenwood, Unit 209<br>Evanston, IL 60201 | | Contingent | 1,700.00 |
| Bamideli Ali<br>2100 Greenwood, Unit 108<br>Evanston, IL 60201 | Bamideli Ali<br>2100 Greenwood, Unit 108<br>Evanston, IL 60201 | | Contingent | 2,000.00 |
| Ben Lieberman<br>2100 Greenwood, Unit 210<br>Evanston, IL 60201 | Ben Lieberman<br>2100 Greenwood, Unit 210<br>Evanston, IL 60201 | | Contingent | 2,100.00 |
| Chip Hays<br>2100 Greenwood, Unit 200<br>Evanston, IL 60201 | Chip Hays<br>2100 Greenwood, Unit 200<br>Evanston, IL 60201 | | Contingent | 2,000.00 |
| Chris Borest<br>2100 Greenwood, Unit 203<br>Evanston, IL 60201 | Chris Borest<br>2100 Greenwood, Unit 203<br>Evanston, IL 60201 | | Contingent | 1,975.00 |
| Dawn Toedtman<br>2100 Greenwood, Unit 106<br>Evanston, IL 60201 | Dawn Toedtman<br>2100 Greenwood, Unit 106<br>Evanston, IL 60201 | | Contingent | 1,900.00 |
| Henry Latimer<br>2100 Greenwood, Unit 101<br>Evanston, IL 60201 | Henry Latimer<br>2100 Greenwood, Unit 101<br>Evanston, IL 60201 | | Contingent | 2,600.00 |
| Joh O'Dwyer<br>2100 Greenwood, Unit 104<br>Evanston, IL 60201 | Joh O'Dwyer<br>2100 Greenwood, Unit 104<br>Evanston, IL 60201 | | Contingent | 1,800.00 |
| John Rhineberger<br>2100 Greenwood, Unit 100<br>Evanston, IL 60201 | John Rhineberger<br>2100 Greenwood, Unit 100<br>Evanston, IL 60201 | | Contingent | 2,800.00 |
| Lonnie Porter<br>2100 Greenwood, Apt. 202<br>Evanston, IL 60201 | Lonnie Porter<br>2100 Greenwood, Apt. 202<br>Evanston, IL 60201 | loan to entity | | 400,000.00 |
| Mark Paternostra<br>2100 Greenwood, Unit 105<br>Evanston, IL 60201 | Mark Paternostra<br>2100 Greenwood, Unit 105<br>Evanston, IL 60201 | | Contingent | 2,000.00 |
| Mark Schneider<br>7645 Lowell<br>Skokie, IL 60076 | Mark Schneider<br>7645 Lowell<br>Skokie, IL 60076 | loan to entity | | 88,519.66 |

B4 (Official Form 4) (12/07) - Cont.

In re  **2100 Greenwood Lofts, LLC**  
              Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mike Rakotz**<br>2100 Greenwood, Unit 107<br>Evanston, IL 60201 | **Mike Rakotz**<br>2100 Greenwood, Unit 107<br>Evanston, IL 60201 | | Contingent | **2,200.00** |
| **Mr. and Mrs. Jeff Moran**<br>2100 Greenwood, Unit 103<br>Evanston, IL 60201 | **Mr. and Mrs. Jeff Moran**<br>2100 Greenwood, Unit 103<br>Evanston, IL 60201 | | Contingent | **2,200.00** |
| **Mr. and Mrs. Piotr Przbysz**<br>2100 Greenwood, Unit 201<br>Evanston, IL 60201 | **Mr. and Mrs. Piotr Przbysz**<br>2100 Greenwood, Unit 201<br>Evanston, IL 60201 | | Contingent | **1,800.00** |
| **Phil Chavez**<br>2100 Greenwood, Unit 102<br>Evanston, IL 60201 | **Phil Chavez**<br>2100 Greenwood, Unit 102<br>Evanston, IL 60201 | | Contingent | **1,800.00** |
| **Rachel Friberg**<br>2100 Greenwood, Unit 211<br>Evanston, IL 60201 | **Rachel Friberg**<br>2100 Greenwood, Unit 211<br>Evanston, IL 60201 | | Contingent | **1,700.00** |
| **Scott Hunter**<br>2410 Cowper<br>Evanston, IL 60203 | **Scott Hunter**<br>2410 Cowper<br>Evanston, IL 60203 | loans to entity | | **80,000.00** |
| **Sharon Olsen**<br>127 S. Stough St.<br>Hinsdale, IL 60521 | **Sharon Olsen**<br>127 S. Stough St.<br>Hinsdale, IL 60521 | loans to entity | | **80,000.00** |
| **Warren and Susan Zenzipper**<br>2100 Greenwood, Unit 109<br>Evanston, IL 60201 | **Warren and Susan Zenzipper**<br>2100 Greenwood, Unit 109<br>Evanston, IL 60201 | | Contingent | **1,850.00** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 29, 2014**      Signature  **/s/ Lonnie Porter**  
                                                            **Lonnie Porter**  
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **2100 Greenwood Lofts, LLC**              Case No.
                           Debtor(s)              Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $  **50,000.00**
   Prior to the filing of this statement I have received                      $  **50,000.00**
   Balance Due                                                                $       **0.00**

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August 29, 2014**                     **/s/ SCOTT R. CLAR**
                                                **SCOTT R. CLAR**
                                                **Crane, Heyman, Simon, Welch & Clar**
                                                **Suite 3705**
                                                **135 South LaSalle Street**
                                                **Chicago, IL 60603-4297**
                                                **312-641-6777   Fax: 312-641-7114**

---

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD
BRIAN P. WELCH

GLENN R. HEYMAN, OF COUNSEL
THOMAS W. GOEDERT, OF COUNSEL

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

August 26, 2014

**VIA HAND DELIVERY**

2100 Greenwood Lofts LLC
Attn: Lonnie Porter
2100 Greenwood
Evanston, IL 60201

Re: Chapter 11 for 2100 Greenwood Lofts LLC ("Greenwood")

Dear Mr. Porter:

This letter is to confirm the agreement reached with Greenwood concerning the retention of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC") in connection with the representation of Greenwood in a Chapter 11 bankruptcy proceeding. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

Greenwood has agreed to pay CHSWC the sum of $50,000.00 as an advance payment retainer for this engagement. In consideration of the payment of this retainer, CHSWC agrees to provide legal services on the Greenwood's behalf in connection with the matters upon which CHSWC has been retained. Unless otherwise billed directly to Greenwood, any costs incurred during our representation shall be subject to reimbursement from Greenwood.

This retainer will not be held in the client trust account of CHSWC, and will be treated as income by CHSWC upon its receipt, whereupon it will be deposited into the general account of CHSWC. This retainer is the property of CHSWC and Greenwood retains no legal or equitable interest in the retainer. In the event that the legal services and expenses incurred exceed this retainer, it is understood that CHSWC shall be entitled to additional monies to account for the difference.

It is understood that due to the nature of the representation and the substantial risk to CHSWC that CHSWC may receive no further fees, CHSWC is unwilling to represent Greenwood without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CHSWC was the choice of Greenwood, after

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Lonnie Porter
August 26, 2014
Page Two

consideration of other retainer options. Greenwood acknowledges that the specific purpose of such advance payment retainer is to assure Greenwood of legal representation at least until such time as the retainer is exhausted, and that the advantage to Greenwood of such a retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking bankruptcy court and/or creditor approval with respect to same.

For your information the current hourly rates for CHSWC are as follows:

| | |
|---|---|
| Eugene Crane | $495 |
| Arthur G. Simon | $490 |
| David K. Welch | $490 |
| Scott R. Clar | $490 |
| Jeffrey C. Dan | $415 |
| John H. Redfield | $390 |
| Brian P. Welch | $295 |
| Thomas W. Goedert (of counsel) | $425 |

The above hourly rates are subject to change on January 1 of each year. Greenwood will be charged the hourly rates in existence at the time of billing by CHSWC.

Thank you for the opportunity to be of service to Greenwood. We look forward to a successful relationship with you. Should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: *[signature]*
    Scott R. Clar

SRC/mjo

**AGREED, ACCEPTED AND UNDERSTOOD:**

2100 Greenwood Lofts LLC

By: *[signature]*
    Lonnie Porter, Managing Member

# United States Bankruptcy Court
## Northern District of Illinois

In re **2100 Greenwood Lofts, LLC**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Sadler**<br>**9531 Central Park Ave.**<br>**Evanston, IL 60203** | **Member** | **49%** | |
| **Lonnie Porter**<br>**2100 Greenwood, Apt. 202**<br>**Evanston, IL 60201** | **Member** | **51%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 29, 2014**          Signature **/s/ Lonnie Porter**
                                            **Lonnie Porter**
                                            **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Aileen Mondo and Frida Crispen
2100 Greenwood, Unit 209
Evanston, IL 60201

Anthony Gronner
2100 Greenwood, Unit #114
Evanston, IL 60201

AT&T
PO Box 6416
Carol Stream, IL 60197-6416

Bamideli Ali
2100 Greenwood, Unit 108
Evanston, IL 60201

Ben Lieberman
2100 Greenwood, Unit 210
Evanston, IL 60201

Chad Drake
2100 Greenwood, Unit 113
Evanston, IL 60201

Chepov & Scott LLC
Attn; Daniel Scott
5440 N. Cumberland, #150
Chicago, IL 60656

Chip Hays
2100 Greenwood, Unit 200
Evanston, IL 60201

Chris Borest
2100 Greenwood, Unit 203
Evanston, IL 60201

City of Evanston Water
2100 Ridge Ave.
Evanston, IL 60201-2798

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

David Sadler
9531 Central Park Ave.
Evanston, IL 60203

Dawn Toedtman
2100 Greenwood, Unit 106
Evanston, IL 60201

DND Fire Protection
4310 Regency Dr.
Glenview, IL 60025

Eileen Sethna
Chuhak & Tecson
30 S. Wacker Dr., #2600
Chicago, IL 60606

Groot Waste
2500 Landmeier Rd.
Elk Grove Village, IL 60007

Henry Latimer
2100 Greenwood, Unit 101
Evanston, IL 60201

Home Depot Credit Services
PO Box 689055
Des Moines, IA 50368-9055

Insurance EMC
Martini, Miller & Schloss Inc.
666 Dundee Rd., #1203
Northbrook, IL 60062-2770

John O'Dwyer
2100 Greenwood, Unit 104
Evanston, IL 60201

John Rhineberger
2100 Greenwood, Unit 100
Evanston, IL 60201

Karl Mogan
2100 Greenwood, Unit 110
Evanston, IL 60201

Liz Duffy and Nick Horton
2100 Greenwood, Unit 207
Evanston, IL 60201

Lonnie Porter
2100 Greenwood, Apt. 202
Evanston, IL 60201

Lonnie Porter
2100 Greenwood, #202
Evanston, IL 60201

Low Voltage Works
3850 25th Ave.
Schiller Park, IL 60176

Mark Paternostra
2100 Greenwood, Unit 105
Evanston, IL 60201

Mark Schneider
7645 Lowell
Skokie, IL 60076

Martin Vesole
7301 Amberly Lane
Delray Beach, FL 33446

Mike Ellis
2100 Greenwood, Unit 208
Evanston, IL 60201

Rachel Friberg
2100 Greenwood, Unit 211
Evanston, IL 60201

Mike Rakotz
2100 Greenwood, Unit 107
Evanston, IL 60201

Rieff Schramm Kanter & Guttman
100 N. LaSalle St., 23rd Floor
Chicago, IL 60602-2402

Mr. and Mrs. Jeff Moran
2100 Greenwood, Unit 103
Evanston, IL 60201

Robert Lieberman
2100 Greenwood, Unit 205
Evanston, IL 60201

Mr. and Mrs. Piotr Przbysz
2100 Greenwood, Unit 201
Evanston, IL 60201

Scott Hunter
2410 Cowper
Evanston, IL 60203

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Sharon Olsen
127 S. Stough St.
Hinsdale, IL 60521

Nina Marder
2100 Greenwood, Unit 204
Evanston, IL 60201

Susan Hamilton
2100 Greenwood, Unit 111
Evanston, IL 60201

Nino Landscaping
1829 N. Keystone Ave.
Chicago, IL 60639

Thyssen Krupp
TKE Corp.
PO Bos 933004
Atlanta, GA 31193-3004

North Community Bank
3245 W. Lake
Wilmette, IL 60091

Tom Hess
2100 Greenwood, Unit 112
Evanston, IL 60201

Phil Chavez
2100 Greenwood, Unit 102
Evanston, IL 60201

Vitaly Sokolovsky
2100 Greenwood, Unit 206
Evanston, IL 60201

Polish Cleaning Enterprises
8670 W. Leland Ave.
Chicago, IL 60656

Warren and Susan Zenzipper
2100 Greenwood, Unit 109
Evanston, IL 60201

# United States Bankruptcy Court
## Northern District of Illinois

In re   **2100 Greenwood Lofts, LLC**                                     Case No.
                                    Debtor(s)                             Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **2100 Greenwood Lofts, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 29, 2014** | **/s/ SCOTT R. CLAR** |
| Date | **SCOTT R. CLAR** |
| | Signature of Attorney or Litigant |
| | Counsel for   **2100 Greenwood Lofts, LLC** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |